SIGMUND SEIDEN, Respondent, v. S. S. & S. BUILDING CORPORATION and Others, Appellants. SOL UNGER, Respondent.— Motion for reargument granted, and, on such reargument, motion to dismiss appeal denied on condition that appellants, within ten days from the date of the order herein, pay to the attorney for respondent the sum of twenty dollars costs; and that the appeal be perfected for the December term (for which term the case is set down), and be ready for argument when reached; otherwise, motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALBERTA E. SIGRETTO, Respondent, v. R. H. S. B. HOLDING CORPORATION and JOSEPH L. SIGRETTO, Appellants, and SAVINGS BANK OF RICHMOND HILL, Defendant.— The appeal having been argued and disposed of, the motion to continue temporary stay is dismissed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

PHILIP SIMON, Appellant, v. MARY DWORSKY, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE YONKERS RAILROAD COMPANY, Appellant, v. THE CITY OF YONKERS and Others, Respondents.— The appeal having been disposed of, the motion for an injunction pending the appeal is dismissed. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

EDWARD C. AMUNDSON, etc., Respondent, v. JAMES W. ARMSTRONG, as Superintendent of the Department of Buildings, etc., and JOHN S. KETTLE, as City Clerk of the City of Yonkers, Appellants.— Order granting peremptory order of mandamus, as resettled, reversed on the law, with ten dollars costs and disbursements, and petition for peremptory order of mandamus denied, with ten dollars costs. We are of opinion that the common council had power to enact the ordinance in question delegating to the superintendent of buildings a legal discretion to grant or withhold a certificate, and that the ordinance passed is sufficient to confer such power. The provisions of section 26 of such ordinance,* requiring notice of the application to neighboring property owners, necessarily implies power on the part of the superintendent to exercise such discretion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

WILLIAM H. BALDWIN and Others, Copartners, etc., Respondents, v. HARRIS S. CHILDS and HUGO S. JOSEPH, Copartners, etc., Defendants. SKEFFINGTON S. NORTON and Others, Copartners, etc., Appellants.— Order granting motion to dismiss complaint unless the action be restored to the trial calendar for the November, 1926, term, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.